STATE OF LOUISIANA

VERSUS

CORNELIUS ELLIS, SR.

NO. 23-KH-542

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

December 01, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** CORNELIUS ELLIS, SR.

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JOSEPH A. MARINO, III, DIVISION "D", NUMBER 17-7016

Panel composed of Judges Susan M. Chehardy,
Jude G. Gravois, and John J. Molaison, Jr.

## WRIT GRANTED IN PART; JUDGMENT VACATED; REMANDED

The relator, Cornelius Ellis, seeks review of the trial court's October 11, 2023 judgment that denied his "Motion To Correct An Illegal Sentence." After the relator had filed the instant writ application, the trial court granted the relator's counseled motion for appeal on November 29, 2023. A copy of the order is attached. Based upon the current procedural posture, we find that the relator's Motion to Correct an Illegal Sentence was prematurely filed. The relator may now raise the issue of an illegal sentence on direct appeal.

Accordingly, the judgment of October 11, 2023 is vacated. We remand the matter to the district court with instructions to correct the relator's name on the order granting the appeal.

Gretna, Louisiana, this 1st day of December, 2023.

**JJM**
**SMC**
**JGG**

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NO.   17-07016                                              DIVISION " D "

STATE OF LOUISIANA

VERSUS

CORNELIUS ELLIS

FILED: _____            _____
                                   DEPUTY CLERK

## ORDER

Considering the foregoing Motion,

IT IS HEREBY ORDERED, that an Appeal is granted, returnable to the Fifth Circuit

Court of Appeal, State of Louisiana on or before the __12TH__ day of _FEBRUARY_, 20_24_.

IT IS FURTHER ORDERED, that the Clerk of this Court, lodge, in the Fifth Circuit Court of

Appeal, the entire record of these proceedings, including, but not limited to all Pre-Trial, Trial,

and Post Trial proceedings and testimony in connection therewith.

IT IS FURTHERE ORDERED that the Assignment of Errors be filed herein within 30

days after the Attorney for the defendant receives the transcript of these proceedings, but not

later than 5 days prior to the return set.

IT IS FURTHER ORDERED that the trial counsel, Jerome Matthews, be allowed to

withdraw from these proceedings.

IT IS FURTHER ORDERED, that the Louisiana Appellate Project is appointed to

represent Timmy Doucet fort the purposes of this Appeal. The Clerk is directed to notify the

Louisiana Appellate Project of this appointment.

Gretna, Louisiana, this __29TH__ day of _NOVEMBER_, 2023

_____
JUDGE,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document has been served upon

the prosecution by placing same in the United States mail, properly addressed and postage prepaid,

or by hand delivery in open court, on this 5th day of December, 2023.

_____
Jerome W. Matthews, Jr. (La. Bar No. 33964)
The Law Firm of Jerome W. Matthews, Jr., L.L.C.
310 Huey P Long Ste 104
Gretna, LA 70053
Telephone: (504) 247-6411
e-mail:Jerome@jeromematthews.com

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **12/01/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-KH-542**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Hon. Joseph A. Marino, III (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Cornelius Ellis, Sr. #347116 (Relator)
Raymond Laborde Correctional Center
1630 Prison Road
Cottonport, LA 71327